UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00271-MOC

| | |
|---|---|
| THOMAS R. METCALF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Defendant's "Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)" (#8). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Consent Motion for Reversal and Remand (#8) is **GRANTED**, the decision of the Commissioner is **REVERSED** and this cause is **REMANDED** to Defendant for further administrative proceedings and development, all in accordance with Sentence Four of 42 U.S.C. §405(g). **IT IS FURTHER ORDERED** that all other pending motions, including Plaintiff's Motion for Summary Judgment (#6) are denied without prejudice as **MOOT**. This action is otherwise **DISMISSED**.

Signed: December 7, 2015

Max O. Cogburn Jr.
United States District Judge