UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00271-MOC

| | | |
|---|---|---|
| **THOMAS R. METCALF,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL, Acting Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on plaintiff's Motion for Fees under 42 U.S.C. § 406(b). The Acting Commissioner has filed a Response, in which she takes no position on the award of the fee.

Pursuant to 42 U.S.C. § 406(b), whenever the court renders a judgment favorable to a claimant, it may award attorney fees not to exceed 25% of past-due benefits. In the instant case, the fee agreement between the plaintiff and counsel provides for a contingency fee of 25% of past-due benefits. In these circumstances, the reviewing court does not calculate a lodestar amount; it simply reviews the fee claimed for reasonableness. See Mudd v. Barnhardt, 418 F.3d 424, 427-28 (4th Cir. 2005).

The Court has reviewed the amount requested by counsel in light of the pleadings and finds it to be reasonable. Plaintiff was awarded $81,072.00 in past-due benefits at the administrative level after this Court entered judgment. In light of the results achieved before this Court and upon

remand, the sum of $14,268.00 is a reasonable attorney's fee as no factors under <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002) counsel reduction of the fee award.


**ORDER**

**IT IS, THEREFORE, ORDERED** that Motion for Fees under 42 U.S.C. § 406(b) (#15) is **GRANTED**, and the Social Security Administration shall release the sum of **$14,268.00** to plaintiff's counsel as attorney's fees for services rendered before this court. Plaintiff's counsel shall refund to the Plaintiff the amount of **$5,000.00** previously awarded and paid to plaintiff's counsel pursuant to the Equal Access to Justice Act.


Signed: September 26, 2018

Max O. Cogburn Jr.
United States District Judge